Case 1:25-cr-00231-DMT *SEALED*    Document 3    Filed 10/09/25    Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ELLIOT FIGUEROA SOTO | ) Case No. | 1:25-cr-00231-02 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

REC'D USMS-D/ND
2025 OCT 9 13:06

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Elliot FIGUEROA SOTO ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute Fentanyl
Possession with Intent to Distribute Methamphetamine (50 grams or more)
Possession of Firearm and Ammunition by Prohibited Person
Aiding and Abetting
Forfeiture Notice

Date:    10/09/2025

/s/ Carla Schultz
*Issuing officer's signature*

City and state:    Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/09/25 , and the person was arrested on *(date)* 01/27/26
at *(city and state)*    Bismarck, ND       .

Date:    01/27/26

Dan W[signature]
*Arresting officer's signature*

Dan Walkiewicz, DUSM
*Printed name and title*